IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CYMEYON HILL,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**JEFF LYNCH, et al.,**<br><br>                              Defendants. | Case No.  2:22-cv-00342-TLN-JDP (PC)<br><br>**[PROPOSED]** **ORDER FOR DEFENDANTS' MOTION TO OPT OUT OF SETTLEMENT CONFERENCE** |

   Defendants A. Scotland, J. Lynch, D. Baker, and A. Konrad filed a Motion to Opt Out of a Settlement Conference.  The Court has read and considered the Motion and counsel's accompanying declaration, and finds that good cause exists to grant the request.

   **IT IS HEREBY ORDERED** that Defendants' Motion to Opt Out of Settlement Conference is granted.

IT IS SO ORDERED.

Dated: __July 6, 2023__  

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE