UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | Case No. 2:22-cv-00342-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 41.) The time to file objections has passed, and neither party filed any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on April 30, 2024 (ECF No. 41), are ADOPTED IN FULL;
2. Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status (ECF No. 35) is DENIED; and
3. This matter is referred back to the assigned magistrate judge for further pre-trial proceedings.

Date: June 11, 2024

    Troy L. Nunley
    United States District Judge