|     |     |
| --- | --- |
| **CYMEYON HILL,** | 2:22-cv-00342-JDP (PC) |
| Plaintiff, | **[PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION FILING DEADLINE** |
| v. | |
| **JEFF LYNCH, et al.,** | |
| Defendants. | Judge: The Hon. Jeremy D. Peterson<br>Trial Date: Not Set<br>Action Filed: February 15, 2022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

Defendants filed a request for a 60-day extension to the dispositive motion filing deadline. The Court has read and considered the request and counsel's accompanying declaration, and finds due to the time necessary for Plaintiff's deposition transcript to be finalized and reviewed by Plaintiff that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**. The new filing deadline for a dispositive motion is August 27, 2024.

IT IS SO ORDERED.

Dated:   June 12, 2024  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE