UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00342-TLN-JDP<br><br>**ORDER** |

　　　Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 25, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed timely objections to the findings and recommendations.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed November 25, 2024, are ADOPTED IN FULL;

1

2. Defendants' motion for summary judgment (ECF No. 48) is GRANTED;

3. Judgment is entered in Defendants' favor and against Plaintiff; and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE